In the Matter of THE CITY OF ROCHESTER, Appellant, *v.*
JOSEPH B. BLOSS, Respondent.

*Matter of City of Rochester* v. *Bloss*, 77 App. Div. 28, affirmed.
(Argued February 9, 1903; decided Febuary 24, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 28, 1902, which reversed an order of the Monroe
County Court denying a motion to vacate an order requiring
Joseph B. Bloss to appear and be examined concerning his
property in a proceeding to enforce the collection of an
unpaid tax upon personal property.

*William A. Sutherland* for appellant.

*Isaac Adler* for respondent.

Order affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN and
VANN, JJ.   Not voting: O'BRIEN and WERNER, JJ.